AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:24-CV-00710-MWM**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Cengage Learning, Inc.**
was recieved by me on **12/12/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **THE PRENTICE-HALL CORPORATION SYSTEM, INC.,** who is designated by law to accept service of process on behalf of **Cengage Learning, Inc.** at **1160 Dublin Rd Ste 400, Columbus, OH 43215** on **12/13/2024 at 2:32 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date: 12/13/2024

_____
*Server's signature*

**Sean Horujko**
*Printed name and title*

**1285 Tenagra Way**
**Columbus, OH 43228**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to THE PRENTICE-HALL CORPORATION SYSTEM, INC., REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Served Stephanie Gibson directly**




Tracking #: **0152042682**