UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated, | : : |
| Plaintiff, | : Case No. 1:24-cv-00710-MWM : Judge: Hon. Matthew W. McFarland |
| v. | : |
| CENGAGE LEARNING, INC., | : : |
| Defendant. | |

**STIPULATION OF EXTENSION OF TIME FOR CENGAGE LEARNING, INC. TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendant Cengage Learning, Inc. ("Cengage"), by and through undersigned counsel, pursuant to S.D. Ohio Civ. R. 6.1, and hereby notifies the Court that Plaintiff, Alexandria Haines, has allowed Cengage a 21 day extension to move or plead in response to Plaintiff's Complaint. Cengage shall move or plead in response to the Complaint by no later than Friday, January 24, 2025. This is the first extension granted and the total extension does not exceed 21 days.

Approved:

| **O'CONNOR, HASELEY & WILHELM LLC** | **LOCAL COUNSEL** |
|---|---|
| /s/    Daniel. J. O'Connor_____ | /s/    _Jennifer Snyder Heis_____ |
| Daniel J. O'Connor Jr. | Jennifer Snyder Heis (0076181) (Trial Attorney) |
| Ohio Bar No. 91397 | Kevin M. Bandy |
| O'Connor, Haseley & Wilhelm LLC | UB Greensfelder LLP |
| 470 W. Broad St., Suite 15 | 312 Walnut Street, Suite 1400 |
| Columbus, OH 43215 | Cincinnati, OH 45202 |
| Telephone: (614) 572-6762 | Telephone: (513) 698-5058 |
| Facsimile: (614) 937-8872 | Facsimile: (513) 698-5001 |
| doconnor@goconnorlaw.com | jheis@ubglaw.com |
|  | kbandy@ubglaw.com |
| and | |
|  | and |
| **HEDIN LLP** | |
| Elliot O. Jackson* | **SHOOK, HARDY & BACON LLP** |
| Florida Bar No. 1034536 | Matthew C. Wolfe* |
| 1395 Brickell Ave., Suite 610 | Illinois Bar No. |
| Miami, Florida 33131-3302 | 111 S. Wacker Dr., Suite 4700 |
| Telephone: (305) 357-2107 | Chicago, Illinois 60606 |
| Facsimile: (305) 200-8801 | Telephone: (312) 704-7700 |
| ejackson@hedinllp.com | mwolfe@shb.com |
|  |  |
| *Counsel for Plaintiff and Putative Class* | Jenn O. Hatcher* |
| *\* Pro Hac Vice motion forthcoming* | Missouri Bar No. 14248 |
|  | 2555 Grand Blvd. |
|  | Kansas City, Missouri 64108 |
|  | Telephone: (816) 474-6550 |
|  | jhatcher@shb.com |
|  |  |
|  | *Counsel for Defendant, Cengage Learning, Inc.* |
|  | *\* Pro Hac Vice motion forthcoming* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I electronically filed the foregoing **Stipulation of Extension of Time to Move or Plead for Defendant Cengage Learning, Inc.** with the Clerk of the Court using the CM/ECF System.

/s/     Jennifer Snyder Heis
Attorney for Defendant Cengage Learning, Inc.