## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  1:24-cv-00710-MWM |
| v. | ) | |
| | ) | Hon. Matthew W. McFarland |
| CENGAGE LEARNING, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN M. COLE

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Jennifer Snyder Heis, trial attorney for Cengage Learning, Inc., in the above-referenced action, hereby moves the court to admit Kevin M. Cole, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Cengage Learning, Inc.

Movant represents that Kevin M. Cole is a member in good standing of the highest courts of the states of Missouri and Texas as attested by the accompanying certificates from those courts and that Kevin M. Cole is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the requiring filing fee.

Kevin M. Cole's relevant identifying information is as follows:

> Shook, Hardy & Bacon L.L.P.
> 2555 Grand Boulevard
> Kansas City, MO  64108
> Telephone:  (816) 474-6550
> Fax:  (816) 421-5547
> kcole@shb.com

Dated:  January 21, 2025                    Respectfully submitted,

*/s/ Jennifer Snyder Heis*
Jennifer Snyder Heis (0076181) (Trial Attorney)
Kevin M. Bandy
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, OH  45202
Telephone:  (513) 698-5058
Fax:  (513) 698-5001
jheis@ubglaw.com
kbandy@ubglaw.com

**Attorney for Defendant Cengage Learning, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2025, I electronically filed the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN M. COLE** with the Clerk of the Court using the CM/ECF System.

*/s/ Jennifer Snyder Heis*
Attorney for Defendant Cengage Learning, Inc.