## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No.  1:24-cv-00710-MWM |
| v. | ) ) | Hon. Matthew W. McFarland |
| CENGAGE LEARNING, INC., | ) ) | |
| Defendant. | ) ) | |

### <u>MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW C. WOLFE</u>

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Jennifer Snyder Heis, trial attorney for Cengage Learning, Inc., in the above-referenced action, hereby moves the court to admit Matthew C. Wolfe, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Cengage Learning, Inc.

Movant represents that Matthew C. Wolfe is a member in good standing of the highest court of the state of Illinois as attested by the accompanying certificate from that court and that Matthew C. Wolfe is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the requiring filing fee.

Matthew C. Wolfe's relevant identifying information is as follows:

Shook, Hardy & Bacon L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone:  (312) 704-7700
Fax:  (312) 558-1195
mwolfe@shb.com

Dated:  January 21, 2025              Respectfully submitted,

                                      */s/ Jennifer Snyder Heis*
                                        Jennifer Snyder Heis (0076181) (Trial Attorney)
                                        Kevin M. Bandy
                                        UB GREENSFELDER LLP
                                        312 Walnut Street, Suite 1400
                                        Cincinnati, OH  45202
                                        Telephone:  (513) 698-5058
                                        Fax:  (513) 698-5001
                                        jheis@ubglaw.com
                                        kbandy@ubglaw.com

                                        **Attorney for Defendant Cengage Learning, Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 21, 2025, I electronically filed the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW C. WOLFE** with the Clerk of the Court using the CM/ECF System.

*/s/ Jennifer Snyder Heis*
Attorney for Defendant Cengage Learning, Inc.