# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,
    Plaintiff,

v.

CENGAGE LEARNING, INC.,
    Defendant,

Case No.:1:24-cv-00710-MWM-KLL

District Judge: Matthew W. McFarland

Magistrate Judge: Karen L. Litkovitz

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Daniel J. O'Connor, Jr__, trial
(Name of Trial Attorney)

attorney for __Alexandria Haines__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Elliot O. Jackson, Esq.__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Alexandria Haines__.
(Name of Party)

Movant represents that __Elliot O. Jackson, Esq.__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __Florida__ as attested by the accompanying certificate from that
(Name of State)

court and that __Elliot O. Jackson, Esq.__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

<u>Elliot O. Jackson, Esq.</u>'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>305-357-2107</u>   Business fax <u>305-200-8801</u>

Business address <u>1395 Brickell Ave., Suite 610</u>

<u>Miami, Florida 33131</u>

Business e-mail address <u>ejackson@hedinllp.com</u>

*/s/ Daniel J. O'Connor Jr.*
(Signature of Trial Attorney)
470 W. Broad Street, Suite 15
(Address)
Columbus, OH 43215
(City, State, Zip Code)
614-572-6762
(Telephone Number)

Trial Attorney for <u>Plaintiff and Putative Class</u>
(Name of Party)

**(Please attach required Certificate of Service)**