## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CENGAGE LEARNING, INC.,<br><br>Defendant. | CASE No.1:24-cv-00710-MWM-KLL<br><br>District Judge: Matthew W. McFarland |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Motion to Admission *Pro Hac Vice* was filed electronically on January 22, 2025. Notice of this filing will be sent to all parties through the Court's electronic filing system.

Respectfully submitted,

**O'CONNOR, HASELEY AND WILHELM, LLC**

/s/ Daniel J. O'Connor
Ohio Supreme Court No. 0091397
O'CONNOR, HASELEY AND WILHELM, LLC
470 West Broad Street, Suite 15,
Columbus, OH 43215
Telephone:  (614)246-8840
doconnor@goconnorlaw.com

*Counsel for Plaintiff and Putative Class*