UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| **ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,** | : : : : : : : : : : : | Case No. 1:24-cv-00710-MWM-KLL <br><br> Judge Matthew W. McFarland <br><br> **AMENDED STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| Plaintiff, | | |
| v. | | |
| **CENGAGE LEARNING, INC.,** | | |
| Defendant. | | |

Pursuant to Civ.R. 6.1, Plaintiff Alexandria Haines, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Cengage Learning, Inc. ("Defendant") do hereby stipulate to an extension of time of 14 days for Plaintiff to answer, move or otherwise plead in response to Defendant's Motion to Dismiss for Failure to State a Claim. Plaintiff shall file its response on or before February 21, 2025. This Amended Stipulation is intended to amend the stipulated extension granted to Plaintiff on February 3, 2025. The total extension for Plaintiff does not exceed the 14 days provided for under Civ.R. 6.1.

Stipulated:

*/s/ Daniel J. O'Connor*
Daniel J. O'Connor (0091397)
O'Connor, Haseley and Wilhelm, LLC
470 West Broad Street, Suite 15
Columbus, OH 43215
Phone: (614) 246-8840
doconnor@goconnorlaw.com

*/s/ Jenn O. Hatcher per email authorization on 01/27/25*
Jenn O. Hatcher
Shook Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (305) 357-2107
Fax: (816) 421-5547
jhatcher@shb.com
*pro hac vice*

*Counsel for Defendant Continued.com, LLC*

*/s/ Elliot O. Jackson*
Elliot O. Jackson
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131-3302
Phone: (305) 357-2107
Fax: (305) 200-8801
ejackson@hedinllp.com
*pro hac vice*

*Counsel for Plaintiff Alexandria Haines, individually and on behalf of all others similarly situated*

**CERTIFICATE OF SERVICE**

      I certify that on this 4th day of February 2025, a true and accurate copy of the foregoing was filed electronically with the Court's CM/ECF filing system. Notice of this filing will be served on the parties by operation of the Court's electronic filing system:

      */s/ Daniel J. O'Connor*