## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CENGAGE LEARNING, INC.,<br><br>        Defendant. | Civil Action No. 1:24-cv-00710-MWM<br><br>Hon. Matthew W. McFarland<br><br>Magistrate Judge Karen L. Litkovitz |

### NOTICE OF NEWER COUNSEL'S PARTICIPATION IN ORAL ARGUMENT

Comes now, Defendant Cengage Learning Inc., through the undersigned counsel, and hereby notifies this Court of the participation in oral argument, if granted, on Defendant's Motion to Dismiss, by newer counsel, Kevin M. Cole. Mr. Cole is a 2022 graduate of Tulane University Law School. Pursuant to the Court's Standing Order, Mr. Cole will be accompanied by Jenn Hatcher of Shook, Hardy & Bacon LLP, and by Trial Attorney Jennifer Snyder of UB Greenfelder LLP.

Dated: March 7, 2025                    Respectfully submitted,


                    /s/ Jennifer Snyder Heis
                    Jennifer Snyder Heis (0076181) (Trial Attorney)
                    Kevin M. Bandy (0095721)
                    UB GREENFELDER LLP
                    312 Walnut Street, Suite 1400
                    Cincinnati, OH 45202
                    Telephone: (513) 698-5058
                    Fax: (513) 698-5001
                    jheis@ubglaw.com
                    kbandy@ubglaw.com

Matthew C. Wolfe (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Fax: (312) 558-1195
mwolfe@shb.com

Jenn O. Hatcher (admitted *pro hac vice*)
Kevin M. Cole (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
jhatcher@shb.com
kcole@shb.com

***Counsel for Defendant,***
***Cengage Learning, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I electronically filed the foregoing **Notice of Newer Counsel's Participation in Oral Argument** with the Clerk of the Court using the CM/ECF System.

*/s/  Jennifer Snyder Heis*
Counsel for Defendant Cengage Learning, Inc.