**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>CENGAGE LEARNING, INC.,<br><br>     Defendant. | Civil Action No. 1:24-cv-00710-MWM |

## **PLAINTIFF'S NOTICE OF NEWER COUNSEL PARTICIPATION**

Pursuant to this Court's Standing Order on Oral Argument, Plaintiff Alexandria Haines hereby notifies this Court that if oral argument on Defendant's Motion to Dismiss is granted, newer counsel Elliot O. Jackson will argue in opposition to the Motion.  Mr. Jackson is a 2021 graduate of the Florida A&M University College of Law (J.D.) and a 2022 graduate of the Fordham University School of Law (LL.M.).

Dated: March 12, 2025

Respectfully submitted,

**O'CONNOR, HASELEY & WILHELM LLC**

Daniel J. O'Connor Jr.
Ohio Bar No. 91397
O'Connor, Haseley & Wilhelm LLC
470 W. Broad St., Suite 15
Columbus, OH 43215
Telephone: (614) 572-6762
Facsimile: (614) 937-8872
doconnor@goconnorlaw.com

**HEDIN LLP**

Elliot O. Jackson (pro hac vice)
Florida Bar No. 1034536

HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com

*Counsel for Plaintiff and Putative Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF System.

>	*/s/ Daniel J. O'Connor*
>	**O'CONNOR, HASELEY & WILHELM LLC**
>	*Counsel for Plaintiff and Putative Class*