# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>CENGAGE LEARNING, INC.,<br><br>                Defendant. | Case No. 1:24-cv-00710-MWM-KLL |

## **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Alexandria Haines respectfully submits *Salazar v. Paramount Glob.*, No. 23-5748, 2025 WL 1000139 (6th Cir. Apr. 3, 2025), as supplemental authority in further support of her Opposition to Defendant's Motion to Dismiss.

In *Salazar,* the Sixth Circuit examined whether a website's disclosure of a subscriber's "private video-viewing history to Facebook—bears a close relationship to intangible harms traditionally recognized as providing a basis for lawsuits in American courts." (*Salazar*, at Page 5.) The Sixth Circuit affirmed the district court, finding that Article III standing arose from the plaintiff's injury that "resembles the harms addressed by [public disclosure of private facts and intrusion upon seclusion] torts because he alleges that Paramount disclosed his private information to Facebook without his knowledge or consent." (*See id.*)

The *Salazar* decision is relevant to Plaintiff's argument that she adequately alleged "an injury-in-fact." (*See* ECF No. 13 at PageID 88).

<table>
<tr><td>Dated: April 15, 2025</td><td>Respectfully submitted,<br><br>**O'CONNOR, HASELEY AND WILHELM, LLC**<br><br>/s/ *Daniel J. O'Connor*<br>Ohio Supreme Court No. 0091397<br>O'CONNOR, HASELEY AND WILHELM, LLC<br>470 West Broad Street, Suite 15,<br>Columbus, OH 43215<br>Telephone: (614)246-8840<br>doconnor@goconnorlaw.com<br><br>*and*<br><br>**HEDIN LLP**<br><br>Elliot O. Jackson, *pro hac vice*<br>Florida Bar No. 1034536<br>HEDIN LLP<br>1395 Brickell Ave., Suite 610<br>Miami, Florida 33131-3302<br>Telephone:  (305) 357-2107<br>Facsimile:  (305) 200-8801<br>ejackson@hedinllp.com<br><br>*Counsel for Plaintiff and Putative Class*</td></tr>
</table>

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notification of such filing to all parties of record.

/s/ *Daniel J. O'Connor*

2