**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENGAGE LEARNING, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-00710-MWM<br><br>Hon. Matthew W. McFarland<br><br>Magistrate Judge Karen L. Litkovitz |

**DEFENDANT'S REPLY IN SUPPORT OF ITS**
**NOTICE OF SUPPLEMENTAL AUTHORITTY**

Defendant Cengage Learning, Inc. ("Cengage") respectfully submits this Reply in Support of its Notice of Supplemental Authority in order to acknowledge that a cover page to the Summary Order in Exhibit A was inadvertently left off when combining PDFs for filing. See, Ex. A, *Hughes v. National Football League*, No. 24-2656, 2025 WL 1720295 (2d. Cir. June 20, 2025) (Summary Order) (the "*Hughes* Opinion"). While no substantive part of the *Hughes* Opinion was omitted, Cengage apologizes to the Court for any confusion this may have caused.

As Plaintiff acknowledged, Cengage properly identified the *Hughes* Opinion as a Summary Order in its Notice of Supplemental Authority. Further, citation to summary orders is allowed under Federal Rule of Appellate Procedure 32.1. Notably, as stated in in the United States Court of Appeals for the Second Circuit's local rules, Summary Orders are utilized "[w]hen a decision in a case is unanimous and each panel judge believes that no precedential purpose is served by an opinion." 2d Cir. R. 32.1.1(a) Here, the lack of precedential need is clear, as the *Hughes* Opinion reinforces the Second Circuit's ruling in *Solomon v. Flipps Media, Inc.*, 136 F.4th 41, 52 (2d Cir. 2025)). For these reasons, and those stated in Cengage's Notice of Supplemental Authority, the

*Hughes* Opinion is valuable supplemental authority for this Court to consider when reviewing Cengage's Objection to the Report and Recommendations.

Dated: July 14, 2025

Respectfully submitted,

By: */s/ Jennifer Snyder Heis*
Jennifer Snyder Heis (0076181) (Trial Attorney)
Kevin M. Bandy (0095721)
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5058
Fax: (513) 698-5001
jheis@ubglaw.com
kbandy@ubglaw.com

Matthew C. Wolfe (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Fax: (312) 558-1195
mwolfe@shb.com

Jenn O. Hatcher (admitted *pro hac vice*)
Kevin M. Cole (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
jhatcher@shb.com
kcole@shb.com

***Counsel for Defendant,***
***Cengage Learning, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Jennifer Snyder Heis*
Jennifer Snyder Heis

***Counsel for Defendant,***
***Cengage Learning, Inc.***