**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Alexandria Haines,
    Plaintiff(s),

v.

Cengage Learning, Inc.,
    Defendant(s).

Case No. 1:24-cv-710
(McFarland, J.; Litkovitz, M.J.)

## CALENDAR ORDER

This case shall proceed as follows:

1. Deadline for leave to amend pleadings: **March 31, 2026**
   Deadline for motions relative to the pleadings: **April 17, 2026**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff(s) identify and produce primary expert report(s): **May 29, 2026**
   Defendant(s) identify and produce primary expert report(s): **June 29, 2026**
   Parties Disclosure and report of rebuttal experts: **July 29, 2026**
   Disclosure of non-expert (fact) witnesses: **August 28, 2026**

3. Discovery deadline: **September 29, 2026**

4. Motions for class certification: **October 30, 2026**

5. Dispositive motion deadline: **December 17, 2026**

6. Final Pretrial Conference and Trial dates will be set at a later date by Judge McFarland pursuant to his case management schedule.*

Date 11/21/2025

Karen L. Litkovitz
United States Magistrate Judge

*The specific dates will be assigned by the District Court