## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) No.  1:24-cv-00710-MWM ) ) Hon. Matthew W. McFarland |
| v. | ) ) |
| CENGAGE LEARNING, INC., | ) ) |
| Defendant. | ) ) |

### DEFENDANT CENGAGE LEARNING, INC.'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED ORDER ON ESI PROTOCOL

Now comes Defendant Cengage Learning, Inc., by and through counsel, and moves the Court for entry of the parties' proposed Stipulated Order on ESI Protocol, attached hereto as Exhibit A. The parties have met and conferred, and Plaintiff has agreed to entry of the proposed Stipulated Order on ESI Protocol.

Dated:           December 15, 2025           Respectfully submitted,

*/s/ Jennifer Snyder Heis*
Jennifer Snyder Heis (0076181) (Trial Attorney)
Kevin M. Bandy (0095721)
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5058
Fax: (513) 698-5001
jheis@ubglaw.com
kbandy@ubglaw.com

Nicholas R. Hazen (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Fax: (312) 558-1195
mwolfe@shb.com

1

nhazen@shb.com

Jenn O. Hatcher (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
jhatcher@shb.com

**Counsel for Defendant, Cengage Learning, Inc.**

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel

of record.

*/s/ Jennifer Snyder Heis*
Jennifer Snyder Heis

***Counsel for Defendant,
Cengage Learning, Inc.***
