**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  1:24-cv-00710-MWM |
| CENGAGE LEARNING, INC., | ) ) ) | Hon. Matthew W. McFarland |
| Defendant. | ) ) ) | |

**DEFENDANT CENGAGE LEARNING, INC.'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO MOVE, PLEAD, OR OTHERWISE RESPOND**
**TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Cengage Learning, Inc. ("Cengage") respectfully requests an Order extending its time in which to move, plead, or otherwise respond to Plaintiff Alexandria Haines's First Amended Complaint (Doc. # 36, "FAC"). Plaintiff filed her FAC on December 7, 2025, and Cengage's deadline to respond currently is December 22, 2025.[1] Given Cengage's counsel's personal obligations, previously scheduled travel, and the upcoming holidays, Cengage requests an extension of time, up to and including January 21, 2026, in which to move, plead, or otherwise respond to the FAC.

Cengage's counsel has conferred by email with Plaintiff's counsel. Plaintiff does not oppose this Motion. Accordingly, Plaintiffs respectfully request the Court enter the attached proposed Order granting this Motion.

---

[1] Cengage's 14-day deadline to respond to the FAC falls on Sunday, December 21, 2025. Because the deadline falls on a Sunday, Cengage's deadline to respond continues to run until the end of the next business day, which is December 22. Fed. R. Civ. P. 6(a)(1)(C).

1

Dated:       December 18, 2025        Respectfully submitted,

/s/ *Jennifer Snyder Heis*

Jennifer Snyder Heis (0076181) (Trial Attorney)
Kevin M. Bandy (0095721)
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5058
Fax: (513) 698-5001
jheis@ubglaw.com
kbandy@ubglaw.com

Nicholas R. Hazen (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Fax: (312) 558-1195
mwolfe@shb.com
nhazen@shb.com

Jenn O. Hatcher (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
jhatcher@shb.com

**Counsel for Defendant, Cengage Learning, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Jennifer Snyder Heis
Jennifer Snyder Heis