**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | No.  1:24-cv-00710-MWM |
| v. | ) ) | Hon. Matthew W. McFarland |
| CENGAGE LEARNING, INC., | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING DEFENDANT CENGAGE LEARNING, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Upon consideration of Defendant Cengage Learning, Inc.'s ("Cengage") Unopposed Motion for Extension of Time to Move, Plead, or Otherwise Respond to Plaintiff's Amended Complaint, it is hereby ORDERED that said Motion is GRANTED. The deadline for Cengage to move, plead, or otherwise respond to Plaintiff's Amended Complaint (Doc. # 36) is extended up to and including January 21, 2026.

_____
Karen L. Litkovitz
United States Magistrate Judge