**IN THE UNITED STATES DISTRICT COURT**  (Revised 09/19)
**FOR THE SOUTHERN DISTRICT OF OHIO**

ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,
           Plaintiff,

v.

CENGAGE LEARNING, INC.,
           Defendant,

:

:   Case No.:1:24-cv-00710-MWM-KLL

:   District Judge: Matthew W. McFarland

:   Magistrate Judge: Karen L. Litkovitz

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Daniel J. O'Connor, Jr__, trial
                                      (Name of Trial Attorney)

attorney for __Alexandria Haines__, in the above-referenced action, hereby moves the court to
         (Name of Party)

admit __Frank S. Hedin, Esq.__, *pro hac vice* to appear and participate as counsel or co-counsel
     (Name of PHV Attorney)

in this case for __Alexandria Haines__.
              (Name of Party)

Movant represents that __Frank S. Hedin, Esq.__ is a member in good standing
                       (Name of PHV Attorney)

of the highest court of __California__ as attested by the accompanying certificate from that
              (Name of State)

court and that __Frank S. Hedin, Esq.__ is not eligible to become a member of the
            (Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

Frank S. Hedin, Esq. 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone 305-357-2107     Business fax 954-317-0095

Business address 1395 Brickell Ave., Suite 610

Miami, Florida 33131

Business e-mail address fhedin@hedinllp.com

/s/ Daniel J. O'Connor Jr.
(Signature of Trial Attorney)
470 W. Broad Street, Suite 15
(Address)
Columbus, OH 43215
(City, State, Zip Code)
614-572-6762
(Telephone Number)

Trial Attorney for Plaintiff and Putative Class
(Name of Party)

**(Please attach required Certificate of Service)**

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 12/17/2025

**LICENSEE NAME:** Frank S. Hedin

**LICENSEE BAR NUMBER:** 291289

**LICENSEE STATUS:** Active

**ADMIT DATE:** 9/20/2013

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Frank S. Hedin's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.



**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)