**UNITED STATES DISTRICT COURT**
**FOR THE Southern District of Ohio**
**Western Division**

| | | | |
|---|---|---|---|
| Alexandria Haines | : | Case No. | |
| | | 1:24−cv−00710−MWM−KLL | |
| | : | | |
| Plaintiff(s), | : | Judge Matthew W. McFarland | |
| v. | : | | |
| | : | | |
| Cengage Learning, Inc. | : | | |
| | : | | |
| Defendant(s). | : | | |

## NOTICE OF DEFICIENCY

As of January 9, 2026, the Court's docket reflects the filing of a **Order on Motion for Leave to Appear Pro Hac Vice − #** in the above case.

S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear pro hac vice and states in part:

> "Any attorney seeking this type of admission must do so by: (i) filing a motion for admission... in each case in which the attorney wishes to appear, with the motion signed by a permanent member of the bar; (ii) providing a certificate of good standing from the highest Court of a State or the District of Columbia that has been issued not more than six months prior to the date of the motion; and (iii) remitting any applicable admission fee."

The filing is deficient for the following reason(s):

> **Certificate of Good Standing.** The Certificate of Good Standing is not from the highest court of a state or the District of Columbia.

Please satisfy the above referenced deficiency(ies) **within 14 days**.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202
513−564−7500
Clerks_Office@ohsd.uscourts.gov

January 9, 2026                    **Richard W. Nagel**

**Clerk of Court**

<u>s/ Jadyn Marie Thompson</u>
Deputy Clerk