# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

**(Revised 09/19)**

|  |  |  |
|---|---|---|
| ALEXANDRIA HAINES, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CENGAGE LEARNING, INC.,<br>　　　　　　　　　　　Defendant, | :<br>:<br>:<br>:<br>:<br>: | Case No.:1:24-cv-00710-MWM-KLL<br><br>District Judge: Matthew W. McFarland<br><br>Magistrate Judge: Karen L. Litkovitz |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**,  Daniel J. O'Connor, Jr  , trial
　　　　　　　　　　　　　　　　　　　　　　　　　(Name of Trial Attorney)

attorney for  Alexandria Haines  , in the above-referenced action, hereby moves the court to
　　　　　　　　(Name of Party)

admit  Frank S. Hedin, Esq.  , *pro hac vice* to appear and participate as counsel or co-counsel
　　　　(Name of PHV Attorney)

in this case for  Alexandria Haines  .
　　　　　　　　　　(Name of Party)

Movant represents that  Frank S. Hedin, Esq.  is a member in good standing
　　　　　　　　　　　　　　(Name of PHV Attorney)

of the highest court of  California  as attested by the accompanying certificate from that
　　　　　　　　　　　(Name of State)

court and that  Frank S. Hedin, Esq.  is not eligible to become a member of the
　　　　　　　　(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

Frank S. Hedin, Esq.    's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone _305-357-2107_  Business fax _954-317-0095_

Business address _1395 Brickell Ave., Suite 610_

_Miami, Florida 33131_

Business e-mail address _fhedin@hedinllp.com_

*/s/ Daniel J. O'Connor Jr.*
(Signature of Trial Attorney)
470 W. Broad Street, Suite 15
(Address)
 Columbus, OH 43215
(City, State, Zip Code)
614-572-6762
(Telephone Number)

Trial Attorney for  Plaintiff and  Putative  Class
(Name of Party)


**(Please  attach  required  Certificate  of  Service)**

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 12/17/2025

**LICENSEE NAME:** Frank S. Hedin

**LICENSEE BAR NUMBER:** 291289

**LICENSEE STATUS:** Active

**ADMIT DATE:** 9/20/2013

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Frank S. Hedin's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.



**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)