# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do

hereby certify that

### FRANK S. HEDIN

was admitted as an attorney and counselor entitled to practice law in all the

Courts of the State of Florida on APRIL 30, 2014, is presently in good standing,

and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the

Supreme Court of Florida at Tallahassee,

the Capital, this JANUARY 12, 2026.

_____

Clerk of the Supreme Court of Florida