**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ALEXANDRIA HAINES, individually and on behalf of all other similarly situated,
Plaintiff,

Case No. 1:24-cv-710
McFarland, J.
Litkovitz, M.J.

vs.

CENGAGE LEARNING, INC.,
Defendant.

**ORDER**

On March 18, 2026, the Court held a telephone status conference, at which the parties reported an agreement in principle to settle this matter. To date, the case remains pending. The parties shall file a report to court on or before May 15, 2026 regarding the status of this case.

**IT IS SO ORDERED**.

Date: 5/4/2026

Karen L. Litkovitz
Karen L. Litkovitz
United States Magistrate Judge